IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

APRIL CHRISTINE WILLIAMS,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendants.

Civ. No. 6:16-cv-0019-JR

ORDER

MCSHANE, Judge:

Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 23), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Russo's Findings and Recommendation (ECF No. 23) is adopted. The decision of the Commissioner is affirmed and this action is to be dismissed.

IT IS SO ORDERED.

    DATED this 25th day of May, 2017.

                                              _____/s/ Michael J. McShane_____
                                                          Michael McShane
                                                  United States District Judge

1 – ORDER